# UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA
### OFFICE OF THE CLERK

**BRIAN D. KARTH**
DISTRICT COURT EXECUTIVE / CLERK OF COURT
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

*Visit our website at www.azd.uscourts.gov*

**DEBRA D. LUCAS**
CHIEF DEPUTY CLERK
SANDRA DAY O'CONNOR U. S. COURTHOUSE, SUITE 130
401 WEST WASHINGTON STREET, SPC 1
PHOENIX, ARIZONA 85003-2118

**MICHAEL S. O'BRIEN**
CHIEF DEPUTY CLERK
EVO A. DECONCINI U.S. COURTHOUSE
405 W. CONGRESS, SUITE 1500
TUCSON, ARIZONA 85701-5010

July 25, 2013

Clerk, United States District Court
Western District of Texas
525 Magoffin Ave., Room 105
El Paso, TX 79901

    RE:  USA v. Cunningham
    AZ Case No.         CR 13-50130-PHX-DGC
    WD TX Case No.    06 CR 2145

We have received the **Transfer of Jurisdiction** form/order; however in order to complete our file, please send the following certified document(s).

      X      Pending Petition and Warrant  (If any)

Sincerely,

Brian D. Karth, DCE/Clerk of Court

By: <u>s/M. Pruneau</u>
    Deputy Clerk